MARIA E. STRATTON (Bar No. 090986)
Federal Public Defender
ANGELA G. PARROTT (Bar No. 172431)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone (213) 894-4740
Facsimile (213) 894-0081

Attorneys for Defendant
RICHARD EARL DEWEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD EARL DEWEY, <br><br> Defendant. | NO. CR 02-1156(A)-SVW <br><br> STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF SENTENCING DATE <br><br> Sent. Date: May 19, 2003 <br> Sent. Time: 11:00 a.m. <br><br> Proposed Sent. Date: June 30, 2003 <br> Proposed Sent. Time: 11:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Teresa Mack, and defendant Richard Earl Dewey, by and through his attorney of record, Deputy Federal Public Defender Angela G. Parrott, that the sentencing date in this matter be continued from May 19, 2003 at 11:30 a.m., to June 30, 2003 at 11:00 a.m., or as soon thereafter as the matter may be heard.

///
///
///
///

1  IT IS HEREBY STIPULATED that this continuance is sought by the defense
2  because defendant requires a second eye surgery which he would like to have done at
3  White Memorial Hospital. Defendant would like to have the surgery done before he is
4  sentenced and designated to an institution.

Respectfully submitted,

MARIA E. STRATTON
Federal Public Defender

10  DATED: May 4, 2003    By _____
                              ANGELA G. PARROTT
11                            Deputy Federal Public Defender

13  DEBRA W. YANG
    United States Attorney

16  DATED: May 14, 2003   By _____
                              TERESA MACK
17                            Assistant United States Attorney

2

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant's sentencing date is continued from Monday, May 19, 2003 at 11:00 a.m. to Monday, June 30, 2003 at 11:00 a.m.

DATED: May 21, 2003

_____
HONORABLE STEPHEN V. WILSON
United States District Court Judge

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF SENTENCING DATE.**

On May 16, 2003 following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Teresa Mack
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1200
Los Angeles, California 90012

Jill McCracken
U.S. Probation Officer
United States Probation Office
312 North Spring Street
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on May 16, 2003.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*
Carmen I. Cardenas