| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR02-01156-SVW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Florida | DIVISION |
|---|---|---|
| Richard Earl Dewey | NAME OF SENTENCING JUDGE Honorable Stephen V. Wilson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/01/07 | TO 10/31/10 |

OFFENSE
18 USC 2422(b): Use of a Facility of Interstate Commerce to Induce and Attempt to Induce a Minor to Engage in Crminal Sexual Activity

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/15/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___FLORIDA___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_United States District Judge_