

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Re:   Transfer of Our Case No. _____

Assigned Your Case No. _____

Case Title: _____

Dear Sir/Madam:

☐   Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court.  Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file.  If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☐   Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of:  1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court


By _____
   Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

===========================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court


_____       By _____
Date                                    Deputy Clerk

CR-22 (01/01)                **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**